**ATTORNEY GRIEVANCE COMMISSION**
**OF MARYLAND**

**v.**

**RONALD HOWARD COOPER**

\*      **IN THE**

\*      **COURT OF APPEALS**

\*      **OF MARYLAND**

\*      **Misc. Docket AG No. 67**

\*      **September Term, 2020**

## ORDER

Upon consideration of the Joint Petition for Indefinite Suspension by Consent of the Attorney Grievance Commission of Maryland and the Respondent, Ronald Howard Cooper, to indefinitely suspend the Respondent from the practice of law, it is this 2nd day of February, 2021

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Ronald Howard Cooper, be, and hereby is, indefinitely suspended from the practice of law in the State of Maryland, effective February 6, 2021, with the right to petition for reinstatement after 30 days, for violations of Rules 8.4(a), (b), (c) and (d) of the Rules of Professional Conduct; and it is further

**ORDERED**, that on February 6, 2021, the Clerk of this Court shall remove the name of Ronald Howard Cooper  from the register of attorneys in this Court,  and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk